**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RAYMOND STEFANELLI,**

    Plaintiff,

vs.                                          Case No. 4:07cv75-WS/WCS

**CITY OF TALLAHASSEE, et al.,**

    Defendants.

_____/

**REPORT AND RECOMMENDATION**

In an order filed July 18, 2007, Plaintiff was directed to file a second amended complaint by August 21, 2007.  Doc. 16.  On August 8, 2007, Plaintiff's copy of that order was returned to the Clerk's office marked "not deliverable, unable to forward."  Doc. 17.  A check with the Leon County Jail revealed that Plaintiff was released from custody on June 27, 2007, and no forwarding address was on record.  To date, Plaintiff has not notified the court of a new address.

It is Plaintiff's responsibility to prosecute his own lawsuit and to keep this court apprised of his current address.  Since Plaintiff has not notified this court of any change of address, this case should be dismissed for want of prosecution.

Since Plaintiff has not furnished the court with a new address, it is doubtful that he will even receive a copy of this report and recommendation. In the event the Plaintiff does receive a copy of this report and recommendation, the court will allow him an opportunity to show cause why this report and recommendation should be vacated, failing which, the Clerk shall be directed to forward the report and recommendation to the assigned district judge.

It is therefore **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE.**

**IN CHAMBERS** at Tallahassee, Florida, on August 9, 2007.

                                                       s/ William C. Sherrill, Jr.
                                                       **WILLIAM C. SHERRILL, JR.**
                                                       **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

**Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**