IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


RAYMOND STEFANELLI,

        Plaintiff,

v.                                                                    4:07cv75-WS

CITY OF TALLAHASSEE, et al.,

        Defendants.

_____


<u>ORDER OF DISMISSAL</u>

      Before the court is the magistrate judge's report and recommendation (doc. 18) docketed August 9, 2007.  The magistrate judge recommends that this case be dismissed without prejudice for want of prosecution.  Indeed, the plaintiff's copy of the report and recommendation was returned to the court marked "not deliverable as addressed; unable to forward."  Doc. 19.

      Although it is his responsibility to do so, the plaintiff has not provided the court with a current address.  Because the plaintiff has failed to prosecute his case, it is ORDERED:

      1.  The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE for failure to prosecute.

2.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this   __22nd__   day of   __August__  , 2007.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE